UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

DCG Boca, LLC, et. al.

Debtor.
_______________________________/

Case No. 24-10601-EPK
(Jointly Administered)
Chapter 7

**DECLARATION[1] OF ERIK HELBING, ESQ.**

Erik M. Helbing, Esq. declares as follows:

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania and the State of New Jersey.

2. I am the sole principal of Consumer Law Relief, LLC d/b/a Helbing Law Group, LLC ("Consumer Law").

3. Prior to being served with a subpoena in this case, I had never heard of DCG Boca LLC, DCG Florida LLC, DCG New Jersey LLC, DCG New York LLC, DCG Staten Island LLC and DCG Texas LLC (collectively, the "DCG Entities"), nor had I ever heard of Debt USA, LLC or Debt USA Group, LLC.

4. Neither I, nor Consumer Law, know anything about the DCG Entities.

5. Neither I, nor Consumer Law, has ever transferred property of any kind to, or received property of any kind from, any of the DCG Entities.

6. Neither I, nor Consumer Law, has ever been in privity of contract with any of the DCG Entities.

7. Neither I, nor Consumer Law, has ever had a formal or informal business arrangement with any of the DCG Entities.

[1] This Declaration is being made pursuant to 28 U.S.C. § 1746.

8. Consumer Law ceased accepting new clients prior to January 1, 2022, because of a change in the law applicable to debt settlement practices.

9. Consumer Law engaged CLR Admin Services, LLC ("CLR") to provide back-office support and administrative services.

10. Neither I, nor Consumer Law, has any ownership or managerial interest in CLR.

11. Consumer Law is in the process of winding down its affairs.

12. I am currently a partner in a small law practice located in Tamaqua, Pennsylvania, which focuses on, among other areas, estate planning, estate administration, and consumer bankruptcy.

13. I object to the subpoena duces tecum that was served by Alternative Global Three, LLC, and Consumer Law objects to the subpoena duces tecum that was served by Alternative Global Three, LLC, because neither of us has anything to do with (i) the acts, conduct, or property of the DCG Entities, (ii) the liabilities or financial condition of the DCG Entities, or (iii) any matter which may affect the administration of the DCG Entities' bankruptcy cases.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*

DocuSigned by:
Erik Helbing
C6D0CFE2F055450...

Erik M. Helbing, Esq.