UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

DCG Boca, LLC, et. al.

Debtor.
_______________________________/

Case No. 24-10601-EPK
(Jointly Administered)
Chapter 7

**DECLARATION[1] OF JARED BIRKHOLZ**

Jared Birkholz, CPA declares as follows:

1. I am a Certified Public Accountant (CPA) and previously served as the accountant for the following entities while these entities were operational: DCG Boca, LLC; DCG Florida, LLC; DCG New Jersey, LLC; DCG New York, LLC; DCG Staten Island, LLC; and DCG Texas, LLC (collectively, the "DCG Entities").

2. I provided accounting services to the DCG Entities through the Wolfson CPA Firm located at 2801 N. University Dr., Ste 306, Coral Springs, FL 33065.

3. In connection with the state court case that was filed by Alternative Global Three, LLC ("AG 3") against the DCG Entities, I sat for a deposition by AG 3 on May 24, 2023. I was deposed in both my individual capacity and as the records custodian for the Wolfson CPA Firm.

4. Also in connection with the state court case that was filed by AG 3 against the DCG Entities, I and the Wolfson CPA Firm produced the following documents to AG 3: bank statements, bank reconciliations from DCG QuickBooks, batch payments for monies that left the DCG Entities, including identities of payees and dates of payment, full access to DCG QuickBooks, including all disposition of assets and all financial statements for the DCG

[1] This Declaration is being made pursuant to 28 U.S.C. § 1746.

Entities, such as balance sheets, income statements, statements of cash flows, members' equity statements, a full schedule of expenses included within the income statements, the general ledger, and all journal entries, tax returns (state and federal), K-1 statements for the partners of DCGs, all internal work papers, and all emails with the accountant related to DCG.

5. Individually, and on behalf of the Wolfson CPA Firm, I object to having to produce documents to AG 3 in the DCG Entities' bankruptcy cases, and I object to having to sit for deposition by AG 3 in the DCG Entities' bankruptcy cases, because I already produced to AG 3 all of the documents that either I or the Wolfson CPA Firm has that are relevant to the provision of accounting services to the DCG Entities and to the financial affairs of the DCG Entities, and because I've already been deposed by AG 3 on those subjects, both in my individual capacity, and as the records custodian for the Wolfson CPA Firm.

6. Neither I nor the Wolfson CPA Firm has provided accounting services to the DCG Entities since the period ended May 31, 2022.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*

Jared Birkholz, CPA