UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

DCG Boca, LLC, et. al.

Debtor.
_______________________________/

Case No. 24-10601-EPK
(Jointly Administered)
Chapter 7

**DECLARATION[1] OF MATT WEINER**

Matt Weiner, declares as follows:

1. I am, or was, the principal and sole owner of Doctor Media, LLC, DR Media, LLC, DRM Marketing, LLC, and Second Chance Advocate, LLC.

2. I have not been personally served with a subpoena in the above-captioned bankruptcy case. A subpoena duces tecum addressed to DRM Marketing, LLC ("DRM") was mailed to DRM's UPS box, and DRM retained Wernick Law to represent DRM in the above-captioned bankruptcy case.

3. Second Chance Advocate, LLC has nothing to do with the debt settlement business and has never had any relationship, transaction, or interaction whatsoever with any entity named in the subpoena duces tecum that was mailed to DRM, including, without limitation, DCG Boca LLC, DCG Florida LLC, DCG New Jersey LLC, DCG New York LLC, DCG Staten Island LLC, or DCG Texas LLC (collectively, the "DCG Entities"), Consumer Law Relief, LLC d/b/a Helbing Law Group, LLC, or CLR Admin Services, LLC.

4. DRM Marketing, LLC performed marketing services designed to generate client leads for Helbing Law Group, LLC. Doctor Media, LLC and DR Media, LLC are the predecessor

---

[1] This Declaration is being made pursuant to 28 U.S.C. § 1746.

entities to DRM Marketing, LLC ("DRM"). In and around 2020, DRM succeeded to Doctor Media, LLC and DRM Marketing, LLC.

5. DRM received funds from the DCG Entities that financed DRM's marketing services, and DRM returned to the DCG Entities substantially more money than the amount of money that the DCG Entities transferred to DRM.

6. In connection with the state court case that was filed by Alternative Global Three, LLC ("AG 3") against the DCG Entities, DRM produced to AG 3 records of every transaction between DRM and the DCG Entities from August 2020 forward (the "DRM Transactions"). According to the state court subpoena, AG 3 became a member of the DCG Entities in or around August 2020. DRM also produced to AG 3 bank statements that substantiate each of the DRM Transactions.

7. The DRM Transactions show that, from August 2020 forward, the DCG Entities transferred approximately $2,098,000 to DRM, and DRM transferred approximately $13,828,377 back to the DCG Entities.

8. On behalf of DRM, I object to DRM's having to produce documents to AG 3 in the DCG Entities' bankruptcy cases because DRM already produced to AG 3 all of the documents that DRM has that are relevant to the DRM Transactions and the business relationship between DRM and the DCG Entities.

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*

__________________________

Matt Weiner