**admin@debtleader.com**

| | |
|---|---|
| **From:** | Richard Cardinale <l3capitalmanagement@gmail.com> |
| **Sent:** | Thursday, January 6, 2022 4:59 PM |
| **To:** | admin@debtleader.com |
| **Cc:** | robert@crgny1027.com; daz1201@aol.com |
| **Subject:** | Re: Draft Idea |
| **Attachments:** | CaliforniaAssemblyBill1405.pdf; Untitled attachment 00825.htm |

Thank you Darren let's jump on a quick call tomorrow morning to tweak just a few subtle things if possible.

Sent from my iPhone

> On Jan 6, 2022, at 3:27 PM, admin@debtleader.com wrote:
>
> Dear ,,,,
>
> I hope this email finds you well and safe in the New Year.
>
> In October, California passed a new bill (see attached) greatly affecting the clients that use the marketing we create. There are multiple items in the bill that has caused the elimination of doing business in the state. Since California has 39 million people and is a large percentage of most debt businesses without doing business in this state would be detrimental to the company. We waited to see if there was any pushback from associations to delay or challenge the bill but there has been none. Therefore, unfortunately, we are shutting down the operations going forward. As we wind down we will be making payments of the net receivables as they come in with the goal of having your Return of Capital account paid in full.

**admin@debtleader.com**

**From:** admin@debtleader.com
**Sent:** Friday, January 7, 2022 2:14 PM
**To:** 'Richard Cardinale'; robert@crgny1027.com; daz1201@aol.com
**Cc:** admin@debtleader.com
**Subject:** DCG new draft
**Attachments:** CaliforniaAssemblyBill1405.pdf

RC and I tweeked the letter a little to make it a little softer. See draft:

Dear ,,,,

I hope this email finds you well and safe in the New Year.

The reason for sending this letter with a phone call to follow is to let you know sometime in October 2021, the state of California passed a new bill (please see attached) which greatly affects the industry we market in. There are multiple items in the bill that has caused us to stop business in the state effective January 1st, 2022. Since California has 39 million people and is a large percentage of most debt businesses out there, losing business in this state is detrimental to the company. We waited to see if there was any pushback from associations to delay or challenge the bill as there has been in years past, but there has been none. Therefore, in the best interest of the company and everyone involved, we need to cease operations going forward. As we wind down the companies, we will be making payments of the net receivables as they come in with the goal of having your Return of Capital account paid in full.

**admin@debtleader.com**

**From:** Robert Giardina <robert@crgny1027.com>
**Sent:** Monday, January 10, 2022 1:22 PM
**To:** admin@debtleader.com
**Cc:** Richard Cardinale; daz1201@aol.com
**Subject:** Re: DCG new draft

Looks good

On Friday, January 7, 2022, <admin@debtleader.com> wrote:

> RC and I tweeked the letter a little to make it a little softer. See draft:
>
> Dear ,,,,
>
> I hope this email finds you well and safe in the New Year.
>
> The reason for sending this letter with a phone call to follow is to let you know sometime in October 2021, the state of California passed a new bill (please see attached) which greatly affects the industry we market in. There are multiple items in the bill that has caused us to stop business in the state effective January 1st, 2022. Since California has 39 million people and is a large percentage of most debt businesses out there, losing business in this state is detrimental to the company. We waited to see if there was any pushback from associations to delay or challenge the bill as there has been in years past, but there has been none. Therefore, in the best interest of the company and everyone involved, we need to cease operations going forward. As we wind down the companies, we will be making payments of the net receivables as they come in with the goal of having your Return of Capital account paid in full.

--
Best Regards,
Robert Giardina