Place

# Silver Springs CDP, Nevada

Silver Springs CDP, Nevada is a city, town, place equivalent, and township located in Nevada.

// United States / Nevada / Silver Springs CDP, Nevada

Display Sources

**Populations and People**
Total Population
**5,629**
P1 | *2020 Decennial Census*

**Education**
Bachelor's Degree or Higher
**13.0%**
S1501 | *2022 American Community Survey 5-Year Estimates*

**Housing**
Total Housing Units
**2,452**
H1 | *2020 Decennial Census*

**Families and Living Arrangements**
Total Households
**2,324**
DP02 | *2022 American Community Survey 5-Year Estimates*

**Income and Poverty**
Median Household Income
**$47,584**
S1901 | *2022 American Community Survey 5-Year Estimates*

**Employment**
Employment Rate
**39.1%**
DP03 | *2022 American Community Survey 5-Year Estimates*

**Health**
Without Health Care Coverage
**10.4%**
S2701 | *2022 American Community Survey 5-Year Estimates*

**Race and Ethnicity**
Hispanic or Latino (of any race)
**533**
P9 | *2020 Decennial Census*




Source: undefined |

# Populations and People

### Age and Sex

**52.6** ± 4.5
Median Age in Silver Springs CDP, Nevada

**39.0** ± 0.2
Median Age in Nevada

S0101 | *2022 American Community Survey 5-Year Estimates*

**Population Pyramid: Population by Age and Sex**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
*S0101* | *2022 ACS 5-Year Estimates Subject Tables*

## Ancestry

**5.1%** ± 2.7%
Italian Ancestry in Silver Springs CDP, Nevada

**4.8%** ± 0.3%
Italian Ancestry in Nevada

*DP02* | *2022 American Community Survey 5-Year Estimates*

**Ancestry**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
*DP02* | *2022 American Community Survey 5-Year Estimates*

## Language Spoken at Home

**5.4%** ± 2.8%
Language Other Than English Spoken at Home in Silver Springs CDP, Nevada

**29.9%** ± 0.6%
Language Other Than English Spoken at Home in Nevada

*S1601* | *2022 American Community Survey 5-Year Estimates*

**Types of Language Spoken at Home**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
*S1601 | 2022 American Community Survey 5-Year Estimates*

## Older Population

**24.8%** ± 4.2%
65 Years and Older in Silver Springs CDP, Nevada

**16.9%** ± 0.1%
65 Years and Older in Nevada

*DP05 | 2022 American Community Survey 5-Year Estimates*

**Older Population by Age**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
*DP05 | 2022 American Community Survey 5-Year Estimates*

## Residential Mobility

**3.5%** ± 2.2%
Moved From a Different State in the Last Year in Silver Springs CDP, Nevada

**4.1%** ± 0.3%
Moved From a Different State in the Last Year in Nevada

*S0701 | 2022 American Community Survey 5-Year Estimates*

**Residential Mobility in the Last Year**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
*S0701 | 2022 American Community Survey 5-Year Estimates*

## Veterans

**14.5%** ± 3.6%
Veterans in Silver Springs CDP, Nevada

**8.3%** ± 0.3%
Veterans in Nevada

S2101 | *2022 American Community Survey 5-Year Estimates*

---

**Veterans by Sex**
in Silver Springs CDP, Nevada

Share / Embed




Display Margin of Error
S2101 | *2022 American Community Survey 5-Year Estimates*

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Commerce | Release Notes