Division of Corporations
an official State of Florida website

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
DRM MARKETING LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L20000000466 |
| **FEI/EIN Number** | 84-4214493 |
| **Date Filed** | 12/18/2019 |
| **Effective Date** | 12/18/2019 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

102 NE 2nd st #237
BOCA RATON, FL 33432

Changed: 01/25/2023

**Mailing Address**

102 NE 2nd Street
#237
BOCA RATON, FL 33432

Changed: 05/07/2020

**Registered Agent Name & Address**

WEINER, MATT
102 ne 2ND STREET
#237
BOCA RATON, FL 33432

Address Changed: 02/01/2021

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

WEINER, MATT
102 NE 2ND STREET
#237
BOCA RATON, FL 33432

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 02/01/2021 |
| 2022 | 04/09/2022 |
| 2023 | 01/25/2023 |

**Document Images**

| | |
|---|---|
| 01/25/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 12/18/2019 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations