## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:

DCG Boca, LLC, *et al.*,

Debtors.

_____/

Case No. 24-10601-EPK
Chapter 7
(Jointly Administered)

### NON-PARTY ROBERT GIARDINA'S SECOND
### MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA

Non-Party, Robert Giardina ("**Giardina**"), by and through undersigned counsel and pursuant to Fed. R. Bankr. Pro. 9006(b)(1), hereby moves this Bankruptcy Court for an extension of time to respond to the Subpoena filed by CLR Admin Services, LLC ("CLR") and David Feingold ("Feingold"), and in support thereof, state as follows:

1. On May 22, 2024, a subpoena was filed to obtain documents and deposition testimony from Giardina (ECF No. 84) (the "**Subpoena**").

2. The Subpoena was served on Giardina on Saturday, May 25, 2024.

3. The Subpoena includes twenty-four (24) separate requests and seeks voluminous records with a production deadline of June 21, 2024 and a deposition set for July 8, 2024.

4. On June 25, 2024, CLR and Feingold filed a Motion to Compel Giardina to Comply with Subpoena ("Motion") and scheduled the Motion for hearing on July 31, 2024.

5. Counsel for Giardina, Terri Meyers ("Meyers") was dealing with a family emergency and did not respond and/or object to the Subpoena. Meyers' son had surgery in Philadelphia on short notice, requiring her immediate travel from Florida to Philadelphia to be with her son on June 9, 2024, and did not return to the office until July 2, 2024.

1

6. On July 2, 2024, Meyers contacted Tom Zeichman ("**Zeichman**"), counsel for CLR and Feingold, who served the Subpoena, and requested a brief extension to time to confer with her client and prepare a response. While Zeichman initially agreed to an extension, he later clarified that he will take the position that Giardina has waived certain objections – essentially not agreeing to an extension. Zeichman did agree to cancel the deposition that CLR and Feingold had noticed for July 8, 2024.

7. On July 5, 2024, undersigned counsel filed a Motion for Extension of Time requesting an extension until July 10, 2024, to confer with Giardina and serve a Response and/or objections to the Subpoena.

8. This Court scheduled a hearing on Giardina's Motion for Extension of Time for August 1, 2024.

9. As it has since been determined that Giardina needs to obtain new counsel to represent him in this matter, and is in the process of obtaining new counsel, Giardina requests an additional ten (10) days to serve his Response and/or objections to the Subpoena in this matter.

10. This motion is made in good faith and not for purpose of delay.

11. CLR and Feingold will not be prejudiced by the requested extension of time.

**WHEREFORE**, Non-Party, Robert Giardina, respectfully requests that this Court enter an Order granting Giardina's Second Motion for Extension of Time for an additional ten (10) days to serve his Response and/or objections to the Subpoena.

    Respectfully submitted,

    **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
    *Counsel for Non-Party, Robert Giardina*
    Citigroup Center, 27th Floor
    201 South Biscayne Boulevard
    Miami, Florida 33131

Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: /s/ *Josh Rubens*
    **Josh Rubens, Esq.**
    Florida Bar No. 77603
    jrubens@klugerkaplan.com
    Terri Ellen Tuchman Meyers
    Florida Bar No. 881279
    tmeyers@klugerkaplan.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, a true and correct copy of the foregoing document was served on all counsel of record or pro se parties on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in bankruptcy cases.

By*:* /s/ *Josh Rubens*
    **Josh Rubens, Esq.**

3